## HENRY WADDLE *v.* JONATHAN DAYTON.

Notice to the executor or administrator of plaintiff's attorney of a motion to enter satisfaction of a judgment is not sufficient.

---

*Van Arsdale* on the part of the representatives of the defendant, now deceased, moved for the entry of satisfaction of a judgment obtained twelve years ago; and shewed that notice of this motion had been given to the administrator of the plaintiff's attorney who died upwards of ten years ago.

The court considered the notice insufficient and declined hearing the motion.